# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0235. HOSEA GRIFFIN v. THE STATE.**

Based on the sparse materials submitted with this application, it appears that Hosea Griffin pled guilty to voluntary manslaughter. He later filed a motion for an out-of-time appeal, which the trial court denied. Griffin filed an application for discretionary appeal in the Supreme Court, which transferred the matter here.

An order denying a motion for an out-of-time appeal may be appealed directly. See, e.g., *Ingram v. State*, 300 Ga. App. 834 (686 SE2d 440) (2009); *Lewis v. State*, 300 Ga. App. 586 (685 SE2d 485) (2009). Accordingly, this application for discretionary appeal is GRANTED pursuant to OCGA § 5-6-35 (j). Griffin shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal from the order at issue, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/20/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*